## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY HAMMOND MURPHY,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ICEMULE COMPANY LLC,<br><br>　　　　　　　　　　Defendant. | Civil Action No. 1:22-cv-00056<br><br>COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF |

## **NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that Plaintiff and Defendant have reached an agreement in principle that will confidentially resolve the claims alleged in this case. Plaintiff anticipates filing a Notice of Voluntary Dismissal With Prejudice within thirty (30) days of this notice:

Dated: May 27, 2022

*/s/ Lawrence H. Fisher*
Lawrence H. Fisher
Pa. No. 67667
One Oxford Centre
301 Grant Street, Suite 270
Pittsburgh, PA 15219
Tel. (412) 577-4040
lawfirst@lawrencefisher.com

1