IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY HAMMOND MURPHY,<br><br>                      Plaintiff,<br><br>            vs.<br><br>ICEMULE COMPANY, INC,<br>                      Defendants. | Case No.: 1:22-cv-56 |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)**

Pursuant to F.R.C.P. 41(a)(1)(A) of the Federal Rules of Civil Procedure, the above captioned action is voluntarily dismissed, with prejudice, against all Defendants.

Date: June 16, 2022

**LAW|FIRST**
/s/Lawrence H. Fisher
Lawrence H. Fisher
One Oxford Centre
301 Grant St., Suite 270
Pittsburgh, Pennsylvania 15219
Tel: (412) 577-4040
lawfirst@lawrencefisher.com

*Attorney for Plaintiff Anthony Hammond Murphy*